# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jose Perez

                          Plaintiff,

v.                                                    Case No.: 1:17−cv−01902

                                                       Honorable Susan E. Cox

Martinez Produce & Seafood, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2017:

      MINUTE entry before the Honorable Susan E. Cox: Status and Motion hearing held. Motion to Approve the Settlement [19] and Motion for leave to file the settlement agreement under seal [20] are denied. The Court was not privy to the settlement discussions that resulted in the settlement agreement, and will not put its imprimatur on the agreement without knowing significantly more about the negotiations. Without such information, the Court cannot make any findings regarding the fairness of the settlement or the division of the proceeds. However, as this is a single−plaintiff case, the Court need not approve the settlement for the settlement to be binding. As the parties appear to have executed a settlement agreement, the case is dismissed without prejudice to convert automatically to a dismissal with prejudice on 10/23/17. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.